# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150703 & (87)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 150703
                                        COA: 315247
                                        Wayne CC: 12-009230-FC

RONALD JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to compel is DENIED. The application for leave to appeal the November 4, 2014 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to file a supplemental brief within 28 days after the date of this order addressing whether the defendant has established a scoring error regarding PRV 1 (Prior High Severity Felony Convictions), MCL 777.51, and his related claim of ineffective assistance of trial counsel, in light of the evidence filed by the defendant in the Court of Appeals (as an exhibit to his July 18, 2014 motion to remand) and in this Court, regarding his incarceration history in Texas.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



d1214

Clerk